denied.  Certiorari denied.  JUSTICE STEVENS would grant the application for stay of execution.

SEPTEMBER 3, 2004

No. 03A1020.  SUGDEN v. UNITED STATES.  Application for certificate of appealability, addressed to JUSTICE SOUTER and referred to the Court, denied.

No. 04A98.  GREEN v. DRAGOVICH ET AL.  Application for bail, addressed to JUSTICE GINSBURG and referred to the Court, denied.

No. 03-9379.  HUNDLEY v. UNITED STATES, 541 U. S. 1001;

No. 03-9562.  GADSON v. FLORIDA, 541 U. S. 1075;

No. 03-9563.  BALL v. CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL., 541 U. S. 1075;

No. 03-9643.  JONES v. KOLB ET AL. (five judgments), 541 U. S. 1087;

No. 03-9658.  DANIELS v. MCLEMORE, WARDEN, 541 U. S. 1088;

No. 03-9964.  BRIDGEFORTH v. MULLIN, WARDEN, ante, p. 940;

No. 03-10119.  FEARS v. LUEBBERS, SUPERINTENDENT, FARMINGTON CORRECTIONAL CENTER, ante, p. 925;

No. 03-10124.  GARRISON v. ILLINOIS, ante, p. 925;

No. 03-10191.  FOUNTAIN v. UNITED STATES, 541 U. S. 1092;

No. 03-10226.  CASEY v. LAVAN, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT DALLAS, ET AL., ante, p. 910;

No. 03-10256.  CARTER v. UNITED STATES ET AL., ante, p. 911;

No. 03-10338.  CARTER v. UNITED STATES ET AL., ante, p. 914;

No. 03-10390.  HARRISON v. CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL., ante, p. 943;

No. 03-10483.  MINOR v. UNITED STATES, ante, p. 929; and

No. 03-10510.  IN RE RHETT, ante, p. 902.  Petitions for rehearing denied.

No. 03-9966.  TOLIVER v. UNITED STATES, 541 U. S. 1079.  Motion of petitioner for leave to file petition for rehearing denied.